UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JACKIE CLAY                                                                                          PLAINTIFF

VS.                                                                             CAUSE NO. 3:08cv00359 DPJ-JCS

DIAL EQUITIES, INC.; DIAL EQUITIES, INC. D/B/A/ SECURITY
EXCHANGE CORPORATION; DIAL EQUITIES, INC. D/B/A/
SEC ACCOMODATOR – SPRING LAKE, LLC; DIAL EQUITIES, INC.
D/B/A SPRING LAKE SPE, LLC;
AND, MELODY CREWS                                                                              DEFENDANTS

## ORDER

Before the Court is Defendants' Dial Equities, Inc. and Dial Equities, Inc. d/b/a SEC Accomodator – Spring Lake, LLC's Motion to Dismiss for Failure to Prosecute. The Court having considered the motion, finds it is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that Defendants' Motion to Dismiss for Failure to Prosecute is hereby granted and the claims of Plaintiff Jackie Clay are hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of January, 2009.

> s/ *Daniel P. Jordan III*
> UNITED STATES DISTRICT JUDGE

Submitted by:

*//s// Clark Monroe*_____
Clark Monroe, Esq.
*Attorney for Defendants Dial Equities, Inc.*
*and Dial Equities, Inc. d/b/a SEC Accomodator – Spring Lake, LLC*